# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 17-2203 |
| v. | : | |
| WELLS FARGO & CO., and | : | |
| WELLS FARGO BANK, N.A., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _16_ day of January, 2018, it is **ORDERED** that:

- Defendant Wells Fargo & Co. and Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Dismiss (ECF No. 25) is **DENIED** without prejudice to raise the issues at a later stage of litigation; and

- Wells Fargo's Motion (1) to Stay Discovery Pending Resolution of the Motion to Dismiss and, (2) If the Motion to Dismiss is Denied, to Limit Initial Discovery to the Threshold Merits Issue of Actionable Violations of the Fair Housing Act During the Two Year Statute of Limitations Period (ECF No. 53) is **DENIED**.

Following this Order, the Court will issue a Discovery Order that will further direct the Parties.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: