| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | MICHAEL S. ZULLO | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1178 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 4966 | LAS VEGAS |
| LOS ANGELES | E-MAIL: MSZullo@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

July 13, 2018

VIA FEDEX

The Honorable Anita B. Brody
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Room 7613
Philadelphia, PA 19106

    Re: *City of Philadelphia v. Wells Fargo & Co., et al.*,
       **Case No. 2:17-cv-02203-AB (E.D. Pa.)**

Dear Judge Brody:

  We represent Defendant, Wells Fargo Bank, N.A. ("**Wells Fargo**"), in the above captioned matter. Pursuant to Your Honor's Policies and Procedures, we submit this letter respectfully requesting a discovery conference on Wells Fargo's Motion to Compel [ECF 88].

  Thank you for your consideration of this request.

              Respectfully,

              s/ Michael S. Zullo

              Michael S. Zullo

cc: Counsel of Record for Plaintiff City of Philadelphia (*via email*)