#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA, : | |
| : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. |
| : | 2:17-cv-02203-AB |
| WELLS FARGO & CO., and : | |
| WELLS FARGO BANK, N.A., : | |
| : | |
| Defendants. : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff the City of Philadelphia, and defendants Wells Fargo & Co. and Wells Fargo Bank, N.A., through their respective counsel, stipulate and agree to the dismissal of this lawsuit with prejudice.  Plaintiff waives any right to appeal the dismissal of this action.  Each party shall bear its own costs and expenses, including, without limitation, attorneys' fees.

IT IS SO STIPULATED.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| */s/* _____ | */s/* _____ |
| Sherrie R. Savett (PA ID 17646) | Alexander D. Bono (PA 25845) |
| Sarah Schalman-Bergen (PA ID 206211) | Michael S. Zullo (PA 91827) |
| Patrick F. Madden (PA ID 309991) | **DUANE MORRIS LLP** |
| Christina M. Black (PA ID 323781) | 30 South 17th Street |
| **BERGER MONTAGUE PC** | Philadelphia, PA 19103 |
| 1818 Market Street | Tel: (215) 979-1000 |
| Suite 3600 | abono@duanemorris.com |
| Philadelphia, PA 19103 | mszullo@duanemorris.com |
| Telephone: (215) 875-3000 | |

Rachel Geman (*pro hac vice*)
Daniel E. Seltz (*pro hac vice*)
John T. Nicolaou (*pro hac vice*)
Avery S. Halfon (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street
8th Floor
New York, NY 10013
212-355-9500

Robert Peck (*pro hac vice*)
**CENTER FOR CONSTITUTIONAL LITIGATION, P.C.**
One Riverside Park
50 Riverside Boulevard
Suite 12A
New York, NY 10069
Phone: (646) 649-5575
Fax: (646) 365-3382

Erwin Chemerinsky (*pro hac vice*)
**SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Phone: (310) 396-0731
Fax: (310) 399-7040

Joel Liberson (*pro hac vice*)
**TRIAL & APPELLATE RESOURCES, P.C.**
3655 Torrance Blvd., 3rd Floor
Torrance, CA 90503
Phone: (917) 848-3218

Marcel S. Pratt, City Solicitor
Eleanor N. Ewing, Chief Deputy Solicitor
Benjamin H. Field, Divisional Deputy City Solicitor
**CITY OF PHILADELPHIA LAW DEPARTMENT**
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
(215) 683-5000

*Attorneys for Plaintiff City of Philadelphia*

Paul F. Hancock (admitted *pro hac vice*)
Olivia Kelman (admitted *pro hac vice*)
**K&L GATES LLP**
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Tel: (305)539-3378
Paul.Hancock@klgates.com
Olivia.Kelman@klgates.com

*Attorneys for Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A.*